IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

SEP 19 2018

Clerk, U.S Courts
District Of Montana
Missoula Division

ANTHONY SCOTT,

        Plaintiff,

vs.

BILLINGS POLICE DEPARTMENT,
STEVE HALLAM, SETH FROSTER,
DAVID FIREBAUGH, and
KENNETH TUSS,

        Defendants.

CV 18–89–BLG–DLC–JCL

ORDER

United States Magistrate Judge Jeremiah C. Lynch entered his Order and

Findings and Recommendations on July 11, 2018, recommending that Defendant

Billings Police Department be dismissed without prejudice and Plaintiff Anthony

Scott's ("Scott") claims of false arrest, defamation of character, job loss, home

invasion, property damages, and false imprisonment be dismissed without

prejudice as being barred by the abstention doctrine articulated in *Younger v.*

*Harris*, 401 U.S. 37 (1971). (Doc. 7 at 13.) Plaintiff did not object to the Findings

and Recommendations and so has waived the right to de novo review thereof.

28 U.S.C. § 636(b)(1)(C). Absent objection, this Court reviews findings and

recommendations for clear error. *United States v. Reyna-Tapia*, 328 F.3d 1114,

-1-

1121 (9th Cir. 2003) (en banc); *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Clear

error exists if the Court is left with a "definite and firm conviction that a mistake

has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000)

(citations omitted).

After reviewing for clear error and finding none,

IT IS ORDERED that Judge Lynch's Order and Findings and

Recommendations (Doc. 7) are ADOPTED IN FULL.

IT IS FURTHER ORDERED that Defendant Billings Police Department is

DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Plaintiff's claims of false arrest,

defamation of character, job loss, home invasion, property damages, and false

imprisonment are DISMISSED WITHOUT PREJUDICE.

DATED this 19th day of September, 2018.

Dana L. Christensen, Chief Judge
United States District Court